# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:   June 3, 2022                             Judge:  Honorable Charles R. Breyer

Court Reporter: Marla Knox
Time: 9 Minutes
Case No.: CR22-0164-1 CRB
Case Name:  USA v. Ranna Shamiya (Present) (NC)

Attorney(s) for Government: Katherine Lloyd-Lovett and Babu Kaza
Attorney(s) for Defendant(s): Tony Brass

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held by Zoom.  Due to the Covid19 pandemic, all parties consent to proceed by video conference. The defendant was sworn.  Plea Agreement provided to the Court.  Defendant plead guilty to Counts 1 and 2 of the Information.  Sentencing hearing set for September 28, 2022 at 10:00 a.m.